United States District Court
Southern District of Texas
**ENTERED**
November 26, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRIDGET WASHINGTON, INDIVIDUALLY AND A/N/F OF M.B. 1 AND M.B. 2,<br><br>Plaintiff,<br><br>v.<br><br>THE MEET GROUP, INC.,<br><br>Defendant. | Civ. No. 4:19-cv-04546 |

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL

Having heard Defendant's Motion to Seal filed with the Court, and finding good cause to grant that motion, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further **ORDERED** that Exhibits B & C to Defendant's Motion to Dismiss are hereby **SEALED**.

Done this ____26____ day of ____nov____, 2019.

_____
UNITED STATES DISTRICT JUDGE