**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BRIDGET WASHINGTON,** | § | |
| **INDIVIDUALLY AND A/N/F OF** | § | |
| **M.B. 1 AND M.B. 2,** | § | |
| | § | |
| **Plaintiff**, | § | |
| | § | |
| **v.** | § | **Civ. No. 4:19-cv-04546** |
| | § | |
| **THE MEET GROUP, INC.,** | § | |
| | § | |
| **Defendant**. | § | |

## <u>THE MEET GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant **The Meet Group, Inc.** declares that it is **a publicly traded corporation** and has no parent corporation, and that no publicly traded corporation currently owns more than 10% or more of its stock.

Dated: December 4, 2019                  Respectfully submitted,

                                           **CLEVELAND | TERRAZAS PLLC**

                                           4611 Bee Cave Road, Suite 306B
Houston, Texas 78746
512-422-1559
By:  /s/ Carlos R. Soltero

        Carlos R. Soltero
        Texas Bar No. 00791702
        S.D. Tex. ID No. 18690
        csoltero@clevelandterrazas.com
        Matthew Murrell
        Texas Bar No. 24083545
        S.D. Tex. ID No. 2468992
        mmurrell@clevelandterrazas.com

                                             **CONRAD & SCHERER**

633 South Federal Highway, 8th Floor
Ft. Lauderdale, Florida 33301
954-462-5500
By:  Irwin R. Gilbert (Pro Hac Vice Petition pending)
        Florida. Bar # 0099473
        Admitted to the U.S. District Court for the
        Southern and Middle Districts of Florida
        igilbert@conradscherer.com

                                 ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record by way of:

☒      E-Service

on this 4th day of December, 2019.

                       /s/ Matthew Murrell
                       Matthew Murrell