UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIDGET WASHINGTON, Individually and as Next Friend of M.B.1 and M.B.2, Minor Children, | § § § § | |
| *Plaintiff*, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:19-cv-04546 |
| THE MEET GROUP, INC., | § § § | |
| *Defendant* | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff BRIDGET WASHINGTON, Individually and as Next Friend of M.B.1 and M.B.2, Minor Children, files her notice of dismissal under Rule 41(a)(1)(A(i) of the Federal Rules of Civil Procedure.

On October 2, 2019, Plaintiff sued Defendant in the 215th District Court of Harris County, Texas. Defendant removed Plaintiff's suit to Federal Court.

A plaintiff may unilaterally dismiss her action without prejudice by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). "Federal Rule of Civil Procedure 41(a)(1)(A)(i) grants [Plaintiff] an absolute right to dismiss [her] lawsuit before the defendant has filed an answer or a summary judgment motion. *Welsch v. Correct Care, L.L.P.*, 915 F.3d 341 (5th Cir. 2019).

Defendant has been served with process and has not served an answer or a motion for summary judgment.

This case is not a class action under Rule 23 F.R.C.P., a derivative action under Rule 23.1, or

an action related to an unincorporated association under Rule 23.2.

A receiver has not been appointed in this case.

This case is not governed by any federal statute that requires a court order for dismissal of the case.

Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

This dismissal is without prejudice.

Respectfully submitted,

THE LAW OFFICE OF NHAN NGUYEN


   /s/ Nhan Nguyen
Nhan Nguyen
Texas Bar No. 24041589
Southern District of Texas Bar No. 2895476
2500 West Loop South, Suite 340
Houston, Texas  77027
Telephone:  713/840-7200
Telecopier:  713/583-4155
General Correspondence Email:
Nhan@healthlawservices.com
**\*E-Service Email:** eservice@westlooplaw.com
**\*E-Service is only accepted at the above designated e-Service email address**
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that on December 5, 2019, a true and correct copy of the foregoing document was served on all counsel of record, as follows:

Carlos R. Soltero, Esq.
Matthew Murrell, Esq.
Cleveland Terrazas PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas  78746

Irwin R. Gilbert, Esq. (Pro Hac Vice Petition pending)
CONRAD & SCHERER
633 South Federal Highway, 8th Floor
Ft. Lauderdale, Florida 33301

                                                  */s/ Nhan Nguyen*
                                                  Nhan Nguyen