United States District Court
Southern District of Texas
**ENTERED**
January 06, 2020
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **BRIDGET WASHINGTON, Individually and as Next Friend of M.B.1 and M.B.2, Minor Children,** | § § § § | |
| | § | |
| *Plaintiff*, | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:19-cv-04546** |
| **THE MEET GROUP, INC.,** | § § | |
| | § | |
| *Defendant* | § | |

### ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL

After considering Plaintiff BRIDGET WASHINGTON, Individually and as Next Friend of

M.B.1 and M.B.2, Minor Children's Notice of Dismissal pursuant to FRCP 41(a)(1)(A)(i), the Court

GRANTS Plaintiff's Motion and dismisses this case without prejudice.

SIGNED on _____Jan 3_____, 2020

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

   */s/ Nhan Nguyen*
Nhan Nguyen
Texas Bar No. 24041589
Southern District of Texas Bar No. 2895476
2500 West Loop South, Suite 340
Houston, Texas  77027
Telephone:  713/840-7200
Telecopier:  713/583-4155
General Correspondence Email:
Nhan@healthlawservices.com
**\*E-Service Email:** eservice@westlooplaw.com
**\*E-Service is only accepted at the above designated
e-Service email address**
ATTORNEY FOR PLAINTIFF